IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

NIKITA JONES,

    Plaintiff,

  v.                                                                          No. 1:17-cv-01191-JDB-egb

JOSHUA STEPHEN JOHNSTON,
HB LOGISTICS, LLC, and
HARDY BROTHERS, INC.,

    Defendants.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and announce and stipulate to the Court that all claims against Defendants have been compromised and settled, and that this matter and all claims asserted in or associated with this litigation should be and are hereby dismissed with prejudice.  (Docket Entry 26.)

It is further announced that counsel for Plaintiff certifies that he has complied with Tenn. Code Ann. § 71-5-117(g) and confirmed that there are no known subrogation claims of the state of Tennessee or any entity acting pursuant to Tenn. Code Ann. § 71-5-117(f) that remain unaddressed or unsatisfied, that there are no known subrogation claims or medical liens that remain unaddressed or unsatisfied, and that there are no hospital liens of record that remain unsatisfied.

It is further agreed and stipulated that each party will bear its own attorney's fees and discretionary costs.

IT IS SO ORDERED this 30th day of April 2018.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE