# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

**NIKITA JONES,**

       Plaintiff,

                                    CASE NUMBER: 1:17-cv-1191-JDB/egb

v.

**JOSHUA STEPHEN JOHNSTON,**
**HB LOGISTICS, LLC, and**
**HARDY BROTHERS, INC.,**

       Defendants.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Agreed Order entered in the above-styled matter on 4/30/2018, all claims against the Defendants have been compromised and settled, and this matter and all claims asserted in or associated with this litigation are hereby DISMISSED WITH PREJUDICE.

    It is further agreed and stipulated that each party will bear its own attorney's fees and discretionary costs.

**APPROVED:**

                                                                    s/ J. Daniel Breen
                                                                **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**